IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
JUDGE ROSENBAUM/MAGISTRATE JUDGE NELSON

| | |
|---|---|
| | ) Civil Action 00-2001JMR/SRN |
| MCI WORLDCOM COMMUNICATIONS, INC., 500 Clinton Center Drive, Clinton, MS 39056 | ) |
| Plaintiff, | ) |
| v. | ) |
| STRATEGIC TELECOMMUNICATIONS, INC. 2610 University Avenue West, St. Paul, MN 55114 | ) |
| Defendant. | ) |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

The parties stipulate that Defendant shall have until September 28, 2000, to answer the Complaint or otherwise plead.

MCI WORLDCOM
COMMUNICATIONS, INC.

By its Attorneys

Gregory R. Merz #185942
GRAY, PLANT, MOOTY
MOOTY & BENNET, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 343-2800

Dated: 9/13/2000

STRATEGIC
TELECOMMUNCATIONS, INC.

By its Attorneys

Ted E. Sullivan #122452
LIND, JENSEN, SULLIVAN
& PETERSON
A Professional Association
150 South Fifth Street
Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

Dated: 9/14/00

FILED SEP 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**SO ORDERED:**

Dated: September 15, 2000

By: Susan Richard Nelson
Magistrate Judge
S.R. Nelson