UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MCI WorldCom Communications, Inc. Civil No. 00-2001 (JMR/SRN)

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Strategic Telecommunications, Inc.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. The parties have agreed to conduct limited discovery for purposes of creating a sufficient record for plaintiff's anticipated dispositive motion. This Order will address that limited discovery only. In the event that plaintiff's motion is not dispositive of all of the issues in this case, the parties will reconvene with the Court for purposes of developing a second Pretrial Scheduling Order addressing the remaining issues in the case.

2. The parties will meet and confer and agree upon the scope of limited written discovery which shall be completed on or before November 30, 2000. All pre-

FILED NOV 0 9 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

discovery disclosures required by Rule 26(a)(1) shall also be completed on or before November 30, 2000.

3. The parties will meet and confer and agree upon a limited scope of oral discovery which shall be completed on or before December 22, 2000.

**Plaintiff's Dispositive Motion**

1. Defendant's Memorandum in Opposition to Plaintiff's Rule 12 Motion shall be served on or before January 8, 2001.

2. Plaintiff's Reply Memorandum shall be served on or before January 15, 2001.

Dated: November 9, 2000.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge