UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MCI WORLDCOM
COMMUNICATIONS, INC.
500 Clinton Center Drive
Clinton, MS 39056,

Plaintiffs,

vs.

STRATEGIC
TELECOMMUNICATIONS, INC.
2610 University Avenue West
St. Paul, MN 55144

Defendants.

Court File No. 00-2001 JMR/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action having been fully, finally, and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that the same may be, and hereby is, dismissed with prejudice, in its entirety and on the merits and without costs and disbursements to any party, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an order directing that a judgment of dismissal of all claims be entered accordingly.

Dated: February 22, 2001.

Gray, Plant & Mooty, P.A.

Gregory R. Merz, I.D. No. 185942
Attorneys for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 343-2800

MAR 5 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 5 2001
DEPUTY CLERK

Dated: Feb 27, 2001.

Lind, Jensen, Sullivan & Peterson
A Professional Association

Ted E. Sullivan, I.D. No. 122452
Steven R. Little, I.D. No. 0304244
Attorneys for Defendant
150 South Fifth Street, Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation of Dismissal, it is hereby ordered as follows:

1. Any and all claims in this matter are hereby dismissed, with prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

2. There being no just reason for delay, let judgment be entered accordingly.

Dated: March 1st, 2001.

BY THE COURT:

~~Susan R. Nelson~~
~~United States Magistrate Judge~~
HONORABLE JAMES M. ROSENBAUM,
United States District Court Judge